```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 15585
   DAVID W HELLER
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2217


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 06/17/2008 and was not confirmed.

   The case was dismissed without confirmation 10/08/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
ACC INTERNATIONAL         UNSECURED       NOT FILED           .00           .00
B-REAL/NCO PORTFOLIO MGE  UNSECURED       NOT FILED           .00           .00
CHASE CREDIT CARDS        NOTICE ONLY     NOT FILED           .00           .00
MICHAEL FINE              NOTICE ONLY     NOT FILED           .00           .00
CAPITAL ONE               UNSECURED          221.62           .00           .00
DISCOVER FINANCIAL SERVI  UNSECURED          938.72           .00           .00
ECAST SETTLEMENT CORP     UNSECURED       NOT FILED           .00           .00
ECAST SETTLEMENT          NOTICE ONLY     NOT FILED           .00           .00
ECAST SETTLEMENT CORP     NOTICE ONLY     NOT FILED           .00           .00
LAKES OF SCHAUMBURG       UNSECURED       NOT FILED           .00           .00
MARSHALL FIELDS           UNSECURED       NOT FILED           .00           .00
MARSHALL FIELDS           NOTICE ONLY     NOT FILED           .00           .00
WRIGHTWOOD MANAGEMENT     NOTICE ONLY     NOT FILED           .00           .00
B-REAL LLC                UNSECURED         2855.34           .00           .00
TIMOTHY K LIOU            DEBTOR ATTY      2,309.20                      706.43
TOM VAUGHN                TRUSTEE                                         54.81
DEBTOR REFUND             REFUND                                            .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              761.24

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                706.43
TRUSTEE COMPENSATION                           54.81
DEBTOR REFUND                                    .00
                   ---------------       ---------------
TOTALS               761.24                   761.24



              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 15585 DAVID W HELLER
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/26/09 | /s/ Tom Vaughn |
|  | _____ |
|  | TOM VAUGHN |
|  | CHAPTER 13 TRUSTEE |